ACCEPTED
04-15-00125-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/24/2015 8:29:12 AM
KEITH HOTTLE
CLERK

**Nos. 04-15-00125-CR**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **FOURTH JUDICIAL DISTRICT** |
| **HECTOR RAMIREZ GUTIERREZ** | § | **BEXAR COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/24/2015 8:29:12 AM
KEITH E. HOTTLE
Clerk

**SECOND MOTION FOR EXTENSION OF TIME**
**TO FILE OPENING BRIEF**

From the 226th District Court of Bexar County, Texas
Trial Court No. 2013-CR-2894-W1
Hon. Kevin O'Connell, Judge Presiding

In accordance with Tex. R. App. P. 10.5(b), the undersigned submits the following:

Appellant's brief is due to be filed on Monday, the 29th of June, 2015. The undersigned requests additional time to prepare and file Appellant's opening brief. Counsel has been working on several appellate cases pending in the Fourth Court of Appeals and the Third Court of Appeals. Further, counsel has been preparing for various trial cases as well as assisting in one trial case, State of Texas v. Derrick Diab, Cause No. 2014CR1195. Further, counsel is scheduled to be out of town from June 24, 2015 through June 27, 2015. As a result, Counsel requests more time to work on Appellant's brief. Counsel requests an extension of twenty-one (21) days, to and including Monday, July 20, 2015. This is Appellant's second request for an extension.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant the requested extension.

Respectfully submitted,

Robert A. Jimenez
De Mott, McChesney, Curtright & Armendariz, LLC.
800 Dolorosa Street, Suite 100
San Antonio, Texas 78207
210/354-1844
210/212-2116 - fax

By:   /s/ Robert A. Jimenez
SBN: 24059125

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 24th day of June, 2015 a copy of the foregoing "Motion for Extension of Time to File Appellant's Opening Brief" has been electronically filed with this Court, and will be served to the Bexar County District Attorney's Office on June 24, 2015.


/s/ ROBERT A. JIMENEZ